1    (Ammended)
# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## _____ DIVISION

## CIVIL COMPLAINT

Sherri P. Gibson
Ex-husb. Sign other: Robert Gibson
_____

Enter above the full name of Plaintiff or Plaintiffs in this action

vs.

DR Christina Litherland
& DR Robert Johnson
_____

Enter above the full name of Defendant or Defendants in this action

CASE NO. 6:14-CV-03491-BCW

DR Placed foregn material in patient w/o her knowledge or consent,
Patient was never told anything about the product, side effects ek.

## I. Parties to this Civil Action

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on back side of this sheet.)

A. Name of Plaintiff  Sherri P. Gibson

   Address  3001 US Hwy 63 #1
            Willow Springs, MO.
            65793

(In item B below, place the full name of the defendant in the first blank, his official position in the second adding word blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B. Defendant, Sherri P. Gibson is employed as

   N/A     at  _____.

C. Additional Defendants  Ex husb/sign other: Robert Gibson

## II. Statement of Claim

(State here as briefly as possible the facts of your claim. Describe how each named defendants is involved. Include the names of other persons involved, dates, and places. Do not give any legal arguments or cite

Without my knowledge a foregn object was placed in my body (vag. mesh)
I had severe pain for 11 years, during which being unaware of the
mesh. I had ...

any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. [Use as much space as you need to state the facts. Attach extra sheets if necessary.] Unrelated separate claims should be raised in separate civil actions.)

No one should place something in someone while they are sedated, My family was never told after surgery either. I was supposed to have my Insides sewn up and instead a doctor I had never seen put a mesh in my body. (cont'd)

### III. Relief

State briefly exactly what you want the Court to do for you.

Make sure these DRS Never put anyone else in this Pain, without telling them. I had a mesh in from 03 till now and never heard of them before 2012.

Make no legal arguments. Cite no cases or statutes.

### IV. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

(Yes G)    No G

### V. Do you claim actual or punitive monetary damages for the acts alleged in your complaint?

(Yes G)    No G

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages

Whatever is decided by a Jury!

### VI. Counsel

Do you have an attorney to represent you in this civil action?

Yes G    (No G)

A. Have you made any effort to contact a private attorney to determine if he or she would represent you in this civil action?

(Yes G)    No G

B. If you answered yes, state the names and addresses of the attorneys contracted, and give the results of those efforts.

(others stated in prev. compl.)
Recent: Steve Privette — Bill Perkins — Roy Williams

Cont'd

I am doing this as best I can, I am in severe pain, with Extreme infection I am fighting from the mesh (vag.) in my pubic area, I have been told by 2 DRs it can not be taken out. I didn't know about it for 11 years and during that time I lost my insides thinking that was causing my pain, as the DR suggested (Diff. OR) The mesh was placed in 2003 and I was unaware until later in 2012. At this time I went to my gynocologist and he tried to get it out, he could only get 1/2 because it was behind the pubic bone and it is equivalent to the mesh (ProteGen) recalled in 1999 and the Sparc mesh put in me, are said to have very small holes that skin and blood vessels grow through, I am in terrible pain and would give all I have if the mesh was not in my body, because there is not much hope of getting it out, and gaurantee that I will live through it. (I spoke to a second Specialist a couple weeks ago) I raise two grandchildren and my sister my not being well takes my time from them and this saddens me. I do the best I can for them, but never without pain.

AH.

C. If you answered no, state your reasons why no such efforts have been made.

_____
_____
_____

## VII. Administrative Procedures

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?

Yes G     (No G)

B. If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure.

_____
_____
_____

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures.

In 2012 I joined a class action against mfg of Spart, mesh, I was unaware until a few months ago, the claim did not include the DRS That place the mesh in me while asleep.

Signed this 30th day of Jan, 20 15

*Sherri P. Gibson*

Signature of Plaintiff or Plaintiffs

## VERIFICATION

State of Missouri )
County of Howell )

Sherri P Gibson, being first duly sworn under oath, presents that he is the plaintiff in this action; that he knows the contents of the complaint; and that the information contained therein is true to the best of his knowledge and belief.

_Sherri P. Gibson_

Signature of Plaintiff or Plaintiffs

All parties must verify

SUBSCRIBED AND SWORN TO before me this 30 day of January, 2015

_Amber D Rose_
Notary Public

March 20, 2018
March 13, 20 AR
My Commission Expires

AMBER D. ROSE
Notary Public-Notary Seal
State of Missouri, Howell County
Commission # 14592691
My Commission Expires Mar 20, 2018